**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jorge ALONSO VILLA, aka George Alonzo Varela, Jorge Alonso Varella, George Torres and Jorge Alonso Villa–Palafox, Defendant—Appellant.**

No. 01–50660.
D.C. No. CR–01–00025–VAP–01.

United States Court of Appeals,
Ninth Circuit.

---

Nov. 18, 2002.*

Nov. 22, 2002.

Before REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Jorge Alonzo Villa appeals from his guilty plea conviction and sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Villas's counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating there are no arguable issues for review and seeking to withdraw as counsel of record. Villa has not filed a pro se supplemental brief. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues for review. Counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

